PIETRO COLELLO, Respondent, *v.* T. J. STEVENSON & Co., INC., et al., Defendants, and KANE SHIP REPAIR CORP., Defendant-Appellant and Third-Party Plaintiff-Appellant. STUART MARINE PAINTING CORP., Third-Party Defendant-Respondent.

Argued March 9, 1955; decided April 21, 1955.

Edward J. Behrens, James A. Hageman, Charles H. Lawson and Mack Kreindler for appellant and third-party plaintiff-appellant.

Bernard Meyerson and Samuel Spevack for respondent.

John P. Carson for third-party defendant-respondent.

Arthur V. Lynch for Alfred E. White, defendant.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.